```
                 PATRICIA P. CORKE, MD, PA                    05/21/07
             18333 EGRET BAY BLVD, SUITE 305
                    HOUSTON, TX 77058
                     (281) 333-5740                          Page    2
----------------------------------------------------------------------
    Pt-Act#   ██████████████           Acc't Type: Aetna
----------------------------------------------------------------------


                        Balance Prior to Itemization:              0.00
Itemization Date:
01-Oct-2006 To 21-May-2007   Itemized Charges:          605.00
                             Itemized Payments:        -270.00
                             Itemized Adjustments:      -75.00
                             Itemized Bad Debt Adjs:      0.00
                                                   ----------------
                             Total Itemization:                  260.00
                                                             ------------
                             Balance As Of 21-May-2007:    $      360.00
                                                             ============
```

000012

**CAGLE0000038**

STYLE OF
CASE : Holly Nichole Cagle

vs.

Hays County, William D. Montague and John
Pastrano

CASE NO. : A 06 CA 716 SS

PERTAIN TO : Holly Nichole Cagle

FROM : Shannon P. Wenger, MA, LPC
Any & All Records

DELIVER TO : Keith Wier
Barron, Newburger, Sinsley & Wier, PLLC
5718 Westheimer Suite 1755
Houston, TX  77057

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

Order No.  02-5303-003



**M E R R I L L   L E G A L   S O L U T I O N S**

www.merrillcorp.com/law

Bayou Place, 315 Capitol Street, Suite 100
Houston, TX 77002

713.426.0400 Tel

CAGLE0000039

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Holly Nichole Cagle | : | |
| | : | |
| | : | |
| vs. | : | CIVIL ACTION NO.  A 06 CA 716 SS |
| | : | |
| Hays County, William D. Montague and John | : | |
| Pastrano | : | |

### AFFIDAVIT

Records Pertaining To:    **Holly Nichole Cagle**

Type of Records:    **Any and all records, including but not limited to, doctor notes, medical records, documents, psychiatric notes, or any other information, within in your care, custody or control, or to which said custodian has access, pertaining to Holly Nichole Cagle, DOB** ▓▓▓**, SS#** ▓▓▓▓▓

Before me, the undersigned authority, personally appeared  <u>**DENISE HEILEMAN**</u>, who, being by me duly sworn, deposed as follows:

(Custodian of Records)

My name is  <u>**DENISE HEILEMAN**</u>,  I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for:
**Shannon P. Wenger, MA, LPC**

Attached hereto are  <u>10</u>  pages of records from this facility.  These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original.

_AFFIANT (Custodian of Records)_

Sworn to and subscribed before me on the ___ day of _____, 20___.

KAREN L. BIRMINGHAM
MY COMMISSION EXPIRES
February 18, 2009

NOTARY PUBLIC

My Commission Expires: _____

Order No.  02-5303-003

CAGLE0000040

# ATTORNEY'S NOTES

DO NOT COPY

# INITIAL ASSESSMENT

Patient: Holly Cagle   Patient No.: _____

Date: 10/27/06   Time: 8 AM   Initial Evaluation: _____

**Chief Complaint**
Patient's description of problem

**Present Illness**
Past Psych Treatment
Response to Past Psych Treatment
Family History
Educational History
Social History
Current Living Situation
Dev/Abuse
Job Stability
Financial Problems

**Drug/Etoh**
Include Tobacco
Support System

Pt. reports acute anxiety that began last summer and has now localized to the point of missing classes this last week and reports panic attacks. Over the last 3-4 years pt. has experienced 2 major traumatic events including a death of boyfriend in a car wreck that he drove while intoxicated. She really liked him and feels she hasn't been the same since. Pt. also was sexually assaulted in 2004 by a sheriff's officer. She was driving, barely ok, she didn't know where she was going and cop pulled her over and threatened her to take her to jail unless she did what he told her to. The case is still in litigation related to a lawsuit because it has dragged on for 2 years. She copes with guilt. Because of stresses pt. grades have really suffered the point and she is on academic probation. She can't begin taking her major classes until 2.5 grade points reached. Lately pt. has such low energy and motivation that she misses classes. She does have supportive parents

**Medical**
Past Treatment
Genetic/Family
Allergy/Rxns
Current Medications
If under 18 - Developmental History

Ø

IS - 135

DO NOT COPY

**Initial Assessment (Continued)**

Patient Name: _Hally Cagle_    Patient Number: _____

## Mental Status Exam

Appearance/Attitude
Mood/Affect
Thought Content/Process
Insight/Judgement

pt. presents 0x4, denies SI, HI, audio-visual hallucinations, delusional thought processes. pt. hygiene and grooming are appropriate and dress is ok. pt. attitude is open and alert, her mood. pt reports that concentration and focus is compromised. pt reports that she has racing thoughts and alot of thoughts in her head. pt. insight and judgment appears intact.

## Risk Areas

Homicidal/Suicidal
A. Nature of Plan
B. Availability of Means
C. Lethality of Method
D. Marked Change in Recent Behavior
E. Previous Attempts
F. Significant Other Attempts
G. Perception of Loss
Child Abuse/Elder Abuse
Issues Involving Legal System

no suicidal ideation.

## Diagnosis

Axis I  300.02
        296.27
Axis II  Ø
Axis III Other psychosocial / academic
Axis IV ↓
Axis V GAF 50
past GAF 70

**Assessment**

Generalized anxiety D/o
Major Depressive D/o

MS - 135

CAGLE0000042

DO NOT COPY

## Initial Assessment
(Continued)

Patient Name: _Hally Cagle_    Patient Number: _____

## Initial Treatment Plan/Level of Care

Problems/Goals:desired outcome

Objectives:what patient should accomplish

pt. to process trauma, learn coping mechanisms and sx management, also, to return to previous level of function.

Interventions
- IT (with whom)
- Group (with whom)
- IOP (specific)
- 12-Step (self-help)
- Hosp/Res/PHP
- Family (with whom)

IT - Shannon Weger, LPC

Medications
- Dose/Freq/Rate
- Educational form/information

Lexapro 20 mg.

Were goals discussed?    pt yes

Precautions/Safeguards    ∅ suicidals

Did client accept plan?    yes

Client referred to other agency?    no
- Where?

Psych Testing    no

Problem resolved during assessment process?    yes

## Discharge Criteria/Estimated Length of Treatment:

to months of 3-6 months to process trauma, decrease anxiety and increase function.

## Discharge Plan/After-Care/Referrals to Other Agencies:

↑ suicidality, academic function

Signature: Shannon Weger LPC    Credentials

000003
Page 3 of 3

MS - 135

CAGLE0000043

DO NOT COPY

Client Name: _Holly Kagel_

Issues: _It repats that she has had a bad weekend so starting with being pulled over by a cop which was traumatizing to her. Then she had a run-in with ex-boyfriend that she never realized that what the [issue] was with the break-up. Discussed relationship with men over the years. Discussed the desire to not repeat the same mistakes and that pt feels like not dating at all would be better at this time. Discussed coping strategies and to use them._

Intervention: _increase awareness / coping_

Response: _good - accepts - motivated_

Issues: ___ Racing Thoughts _✓_Sleep _✓_Energy ___ Concentration ___ Appetite ___ Weight ___Anhedonia ___Helplessness/Hopelessness ___Worthlessness _✓_Guilt _✓_Worrying ___Panic ___Avoidance _✓_Ruminations ___Isolation/Withdrawal _✓_Inappropriate Anger ___Frustration ___Grief ___Substance Abuse ___Resistance ___Conflict ___Sadness ___Restlessness ___Job functioning ___Academic Functioning ___Codependency ___Poor Boundaries ___Amotivation ___Memory **Mental Status Exam** ___Poor Eye Contact

Appearance: _✓_Neatly dressed, normal grooming & hygiene. ___Poor hygiene

Behavior: _✓_No unusual movements ___Tremor ___TD ___Psychomotor retardation/agitation

Perception: ___No hallucinations or illusions during interview. ___Hallucinations

Speech: _✓_Normal [rate/tone/volume] ___Pressured ___Rambling ___Disorganized

Mood: ___Euthymic _✓_Depressed ___Anxious ___Irritable ___Agitated ___Elevated ___Euphoric ___Labile ___Tearful ___Withdrawn _✓_Passive ___Aggression

Affect: ___Normal ___Anxious ___Constricted ___Blunted _✓_Flat ___Mood congruent ___Mood incongruent

Thought Process: _✓_Goal-directed & logical ___Loosening of assoc. ___Circumstantial ___Flight of ideas ___Impulsivity ___Poor insight/judgement ___Slowing

Thought Content: ___SI ___HI ___Plan ___Passive ___Active ___Contracts for safety _✓_No SI/HI ___Neologisms ___Obsessions ___Compulsions ___Delusions ___Suspicious ___Paranoia ___Poverty of Speech/Content. Sensorium: _✓_AAOx 3. Cognition: ___Grossly intact

Medication: _____ Dx: _____

Treatment: _____

Consultation Utilized: ___ Date: ___ With Whom: ___

Recommendation for: ___Lab ___Medical ___Psychiatric ___Community Services

Plan: _↑coping_ Homework: _activity / pleasure_

Patient Status: ___No Change ___Deteriorating ___Improving ___Substantial Improvement

Clinician Signature: _Shannon Wizig, LPC_ Date: _11-3-00_ Time _8AM_

000004

DO NOT COPY

Client Name: *Hally Kafel*

Issues: *[handwritten, largely illegible] pt and (m) attended today to dis-cuss ox she is still including feeling overwhelmed, pressured, frustrated, agitated and infuriated to ↑ anxiety pt and (m) also discussed the incident r/t thought nobody her until he was leveled. Hatley to get prosecuted. pt also ups the issue of abuse and what happened. pt also able to dis ↑ acadm pressure.*

Intervention: *↑ ↓ PTSD SX*

Response: *[illegible]*

Issues: ___ Racing Thoughts ✓ Sleep ✓ Energy ___ Concentration ___ Appetite ___ Weight
___ Anhedonia ___ Helplessness/Hopelessness ___ Worthlessness ✓ Guilt ✓ Worrying ___ Panic
___ Avoidance ___ Ruminations ___ Isolation/Withdrawal ___ Inappropriate Anger ✓ Frustration
___ Grief ___ Substance Abuse ___ Resistance ___ Conflict ___ Sadness ___ Restlessness
___ Job functioning ✓ Academic Functioning ___ Codependency ___ Poor Boundaries ___
___ Amotivation ___ Memory    **Mental Status Exam**    ___ Poor Eye Contact
Appearance: ___ Neatly dressed, normal grooming & hygiene. ___ Poor hygiene ___
Behavior: ___ No unusual movements ___ Tremor ___ TD ___ Psychomotor retardation/agitation
Perception: ___ No hallucinations or illusions during interview. ___ Hallucinations
Speech: ___ Normal [rate/tone/volume] ___ Pressured ___ Rambling ___ Disorganized
Mood: ___ Euthymic ___ Depressed ___ Anxious ✓ Irritable ___ Agitated ___ Elevated
___ Euphoric ___ Labile ___ Tearful ___ Withdrawn ✓ Passive ___ Aggression
Affect: ___ Normal ___ Anxious ___ Constricted ___ Blunted ✓ Flat ___ Mood congruent ___
___ Mood incongruent
Thought Process: ✓ Goal-directed & logical ___ Loosening of assoc. ___ Circumstantial
___ Flight of ideas ___ Impulsivity ___ Poor insight/judgement ___ Slowing
Thought Content: ___ SI ___ HI ___ Plan ___ Passive ___ Active ___ Contracts for safety
✓ No SI/HI ___ Neologisms ___ Obsessions ___ Compulsions ___ Delusions ___ Suspicious
___ Paranoia ___ Poverty of Speech/Content. Sensorium: ___ AAOx 3. Cognition: ___ Grossly intact
Medication: _____ Dx: _____
Treatment: _____
Consultation Utilized: ___ Date: ___ With Whom: _____
Recommendation for: ___ Lab ___ Medical ___ Psychiatric ___ Community Services

Plan: *Talking incident* _____ Homework: *↑ SX coping* _____
Patient Status: ✓ No Change ___ Deteriorating ___ Improving ___ Substantial Improvement
Clinician Signature: *[signature]*, LSW Date: 11-10-06 Time: 2 PM

Client Name: _Holly Cagle_

Issues: _pt. reports that sheriff who molested her has signed guilt plea bargain & will be adjudicated on January 18th. pt relieved but will be more relieved when everything is completed. pt. reports that she is having less panic attacks but still has them. the last one was a few days ago. pt reports mellow after she uses – rediscussed med eval_

Intervention: _To validate / Process feel_

Response: _Validated_

Issues: ___Racing Thoughts    ___Sleep ✓Energy    ___Concentration    ___Appetite    ___Weight ___Anhedonia    ___Helplessness/Hopelessness    ___Worthlessness ✓    ___Guilt ✓Worrying ✓Panic ___Avoidance ✓ Ruminations    ___Isolation/Withdrawal ✓    ___Inappropriate Anger    ___Frustration ✓Grief    ___Substance Abuse    ___Resistance    ___Conflict ✓    ___Sadness    ___Restlessness ___Job functioning    ___Academic Functioning ✓ Codependency    ___Poor Boundaries ___Amotivation    ___Memory

**Mental Status Exam**

___Poor Eye Contact
Appearance: ✓Neatly dressed, normal grooming & hygiene. ____Poor hygiene
Behavior: ___No unusual movements ✓ Tremor ___TD ___Psychomotor retardation/agitation
Perception: ✓ No hallucinations or illusions during interview. ___Hallucinations
Speech: ✓ Normal [rate/tone/volume] ___Pressured ___Rambling ___Disorganized
Mood: ___Euthymic ✓ Depressed ___Anxious ___Irritable ___Agitated ___Elevated ___Euphoric ___Labile ✓ Tearful ___Withdrawn ___Passive ___Aggression
Affect: ___Normal ✓Anxious ___Constricted ✓Blunted ___Flat ___Mood congruent ___Mood incongruent
Thought Process: ✓Goal-directed & logical ___Loosening of assoc. ___Circumstantial ___Flight of ideas ___Impulsivity ___Poor insight/judgement ___Slowing
Thought Content: ___SI ___HI ___Plan ___Passive ___Active ___Contracts for safety ✓No SI/HI ___Neologisms ___Obsessions ___Compulsions ___Delusions ___Suspicious ___Paranoia ___Poverty of Speech/Content. Sensorium: ✓AAOx 3. Cognition: ___Grossly intact
Medication: _____ Dx: _____
Treatment: _____
Consultation Utilized:_____ Date:_____ With Whom:_____
Recommendation for: ___Lab ___Medical ___Psychiatric ___Community Services

Plan: _↑ SX Mangmnt_ _____ Homework: _____
Patient Status: ___No Change ___Deteriorating ___Improving ___Substantial Improvement
Clinician Signature: _____ Date: _12/22/06_ Time: _1:30_

DO NOT COPY

Client Name: _____ *Hally Cagle* _____

Issues: _____ *(illegible handwriting)* _____
_____
_____
_____
_____
_____
_____
_____
_____

Intervention: _____ *Sx Management* _____

Response: _____ *Accepting* _____

Issues: ___Racing Thoughts ___Sleep ___Energy __Concentration ___Appetite___Weight ___Anhedonia ___Helplessness/Hopelessness ___Worthlessness __Guilt __Worrying ___Panic ___Avoidance __Ruminations __Isolation/Withdrawal __Inappropriate Anger ___Frustration ___Grief __Substance Abuse __Resistance __Conflict __Sadness ___Restlessness ___Job functioning __Academic Functioning __Codependency ___Poor Boundaries ___Amotivation __Memory ___Poor Eye Contact

**Mental Status Exam**

Appearance: ___Neatly dressed, normal grooming & hygiene. ___Poor hygiene

Behavior: ___No unusual movements ___Tremor ___TD __Psychomotor retardation/agitation

Perception: __No hallucinations or illusions during interview. ___Hallucinations

Speech: __Normal [rate/tone/volume] ___Pressured ___Rambling ___Disorganized

Mood: ___Euthymic __Depressed ___Anxious ___Irritable ___Agitated ___Elevated ___Euphoric ___Labile __Tearful __Withdrawn ___Passive ___Aggression

Affect: ___Normal __Anxious ___Constricted __Blunted ___Flat ___Mood congruent ___Mood incongruent

Thought Process: __Goal-directed & logical ___Loosening of assoc. ___Circumstantial ___Flight of ideas ___Impulsivity ___Poor insight/judgement ___Slowing

Thought Content: ___SI ___HI ___Plan ___Passive ___Active ___Contracts for safety __No SI/HI ___Neologisms ___Obsessions ___Compulsions ___Delusions ___Suspicious ___Paranoia __Poverty of Speech/Content. Sensorium: __AAOx 3. Cognition: __Grossly intact

Medication: _____ Dx: _____

Treatment: _____

Consultation Utilized: ___ Date: _____ With Whom: _____

Recommendation for: ___Lab ___Medical ___Psychiatric ___Community Services

Plan: _____ *Sx Mgmet* _____ Homework: ↑ *Process with act*

Patient Status: ___No Change ___Deteriorating ___Improving ___Substantial Improvement

Clinician Signature _____ *(signature)* _____ Date: *1-18-07* Time *3pm*

000007

Client Name: _Holly Cagle_

Issues: _Pt. repots threat she is going to trans-fer from Southwest to UTSA because the program to/pragram relations; still havent been adcepta there. pt. repot that she will be living alone. Pt. reports threat she was disapparented about the autcone a litigation threat her perpetrator got probattes. pt. repots threat demeltnes she feels ok but has low energy / maltwalp ond have gained weignt; Pt. feels self-esteem_

Intervention: _and depressee has no suscided completely._

Response: _____

---

Issues: ___Racing Thoughts ✓Sleep ✓Energy ____Concentration ____Appetite____Weight
✓Anhedonia ___Helplessness/Hopelessness ___Worthlessness ___Guilt ✓Worrying ____Panic
___Avoidance ___Ruminations ___Isolation/Withdrawal ___Inappropriate Anger ___Frustration
___Grief ___Substance Abuse ___Resistance ___Conflict ___Sadness ___Restlessness
___Job functioning ✓Academic Functioning ___Codependency ___Poor Boundaries
___Amotivation ___Memory        **Mental Status Exam**        ____Poor Eye Contact
Appearance: ✓Neatly dressed, normal grooming & hygiene. ___Poor hygiene _____
Behavior: ___No unusual movements ___Tremor ✓TD ___Psychomotor retardation/agitation
Perception: ✓No hallucinations or illusions during interview. ___Hallucinations
Speech: ✓Normal [rate/tone/volume] ___Pressured ___Rambling ___Disorganized
Mood: ___Euthymic ✓Depressed ___Anxious ___Irritable ___Agitated ___Elevated
___Euphoric ___Labile ___Tearful ___Withdrawn ✓Passive ___Aggression
Affect: ___Normal ___Anxious ___Constricted ✓Blunted ___Flat ___Mood congruent
___Mood incongruent
Thought Process: ✓Goal-directed & logical ___Loosening of assoc. ___Circumstantial
___Flight of ideas ___Impulsivity ___Poor insight/judgement ___Slowing
Thought Content: ___SI ___HI ___Plan ___Passive ___Active ___Contracts for safety
✓No SI/HI ___Neologisms ___Obsessions ___Compulsions ___Delusions ___Suspicious
___Paranoia ___Poverty of Speech/Content. Sensorium: __AAOx 3. Cognition:___Grossly intact
Medication:_____ Dx:_____
Treatment:_____
Consultation Utilized:____ Date:__ _____ With Whom:_____
Recommendation for: ____Lab ____Medical ____Psychiatric ____ Community Services

Plan:_____ Homework:_____
Patient Status:___No Change ___Deteriorating ___Improving ___Substantial Improvement
Clinician Signature: _____ Date: _5-7-07_ Time _2p_

PATRICIA T. GOARE, MD, PA
18333 EGRET BAY BLVD, SUITE 305
HOUSTON, TX 77058
(281) 333-5740

05/21/07

Page    1

------------------------------------------------------------------------
```
Pt-Act# ████████            Acc't Type: Aetna
CAGLE, HOLLY N                       Pt Phone  : ████████████
████████████████             Birthdate :  ██████████
BAYTOWN TX 77520                     Employer  :
                                     Work Phone: (   )   -
                                     Guarantor Phone : (   )   -
CAGLE, HOLLY N                       Responsible Prov.: ALLBRITTON, RUTH
████████████                 Date of Accident  :    - -
BAYTOWN TX 77520                     Date of 1st Consult: 10-20-06
                                     Date of Last Bill :    - -
```
----------------------------- Diagnosis Information --------------------------
```
83      GENERALIZED ANXIETY DISORDE    101    MAJ DEPRESSION RECURRENT UNSP
```
----------------------------- Insurance Information --------------------------
```
Ref #   Company Name                  Policy          Group
 1880   AETNA                         453905190       721000
```
-------------------- Provider Identification --------------------------
```
Provider: ALLBRITTON, RUTH E MCR #:              WC #:
Tax ID #:  760320123      MCD #:                 COM#:
```
======================================================================
```
DOS       DOP       CPT     Description         ICD9    Doc Loc    Amount
----------------------------------------------------------------------
10/27/06  10/27/06  90801   DIAGNOSTIC INTERVIEW 300.02  33   1     135.00
10/27/06  10/27/06  $PAY    CHECK PAYMENT        3066    33   1     -30.00
03/15/07  03/15/07          INSURANCE PPO ADJ.   300.02  33   1     -60.00
03/15/07  03/15/07  $PAY    AETNA PAYMENT, ch#439 43901912 33 1     -45.00
11/03/06  11/03/06  90806   INDIV PSYCHOTHERAPY/4 300.02 33   1     100.00
11/03/06  11/03/06  $PAY    CHECK PAYMENT        3070    33   1     -30.00
03/17/07  03/17/07          INSURANCE PPO ADJ.   300.02  33   1     -38.00
03/17/07  03/17/07  $PAY    AETNA PAYMENT, ch#440 44090747 33 1     -32.00
11/10/06  11/10/06  90806   INDIV PSYCHOTHERAPY/4 300.02 33   1     100.00
11/10/06  11/10/06  $PAY    CHECK PAYMENT        3077    33   1     -30.00
03/15/07  03/15/07          INSURANCE PPO ADJ.   300.02  33   1     -38.00
03/15/07  03/15/07  $PAY    AETNA PAYMENT, ch#439 43901912 33 1     -32.00
11/21/06  11/27/06          RESCHEDULE APPT      300.02  33   1       .00
12/20/06  12/21/06  90806   INDIV PSYCHOTHERAPY/4 300.02 33   1     100.00
12/21/06  12/21/06  $PAY    CASH PAYMENT        12202006 33   1     -30.00
03/16/07  03/16/07          INSURANCE PPO ADJ.   300.02  33   1     -38.00
03/16/07  03/16/07  $PAY    AETNA PAYMENT, ch#438 43870345 33 1     -32.00
01/12/07  01/12/07  90806   INDIV PSYCHOTHERAPY/4 300.02 33   1     100.00
01/12/07  01/12/07  $PAY    CHECK PAYMENT        3140    33   1     -30.00
03/16/07  03/16/07          INSURANCE PPO ADJ.   300.02  33   1     -38.00
03/16/07  03/16/07  $PAY    AETNA PAYMENT, ch#438 43870345 33 1     -32.00
02/22/07  02/21/07  NOTE    CANCELLED APPOINTMENT 300.02 33   1       .00
05/07/07  05/07/07  90806   INDIV PSYCHOTHERAPY/4 300.02 33   1     100.00
======================================================================
```

000009

PATRICIA P. CORKE, MD, PA
18333 EGRET BAY BLVD, SUITE 305
HOUSTON, TX 77058
(281) 333-5740

05/21/07

Page    2

------------------------------------------------------------------------
Pt-Act#   ██████████                    Acc't Type: Aetna
------------------------------------------------------------------------


Itemization Date:
01-Oct-2006 To 21-May-2007

Balance Prior to Itemization:                          0.00

Itemized Charges:                       635.00
Itemized Payments:                     -323.00
Itemized Adjustments:                  -212.00
Itemized Bad Debt Adjs:                   0.00
                                 ----------------
Total Itemization:                                   100.00
                                              ----------------
Balance As Of 21-May-2007:          $                360.00
                                              ================